# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Life Funding Options. Inc,<br>*Plaintiffs*<br><br>v.<br>Latonya Lynn Blunt,<br>*Defendant,*<br><br>Latonya Lynn Blunt<br>*ThirdParty Plaintiff*<br><br>v.<br>Katherine Snyder; Mark Corbett; Upstate Law Group; BAIC, Inc; Andrew Gamber; Candy Kern-Fuller; VFG, Inc. f/k/a Voyager Financial Group; Michelle Plant; Performance Arbitrage Company<br>*ThirdParty Defendants*<br><br>Latonya Lynn Blunt<br>*Counter-Claimait*<br><br>v.<br><br>Life Funding Options, Inc.,<br>*Counter-Defendants* | Civil Action No.  6:18-cv-00944-DCC-KFM |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: permanent injunction and dismissal of actions is entered as to consenting defendants.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   October 28, 2019                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/Ashley Buckingham
                                                                        *Signature of Clerk or Deputy Clerk*